[No. 53647-8-I.  Division One.  January 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DANCEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06550-0, Dean Scott Lum, J., entered December 17, 2003. *Reversed* by unpublished per curiam opinion.

[No. 53803-9-I.  Division One.  January 31, 2005.]

*In the Matter of the Marriage of* ALEXIS (EGGEN) CAMPBELL, *Respondent*, and JAMES ROBERT EGGEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-3-00068-8, Michael F. Moynihan, J., entered January 14, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53836-5-I.  Division One.  January 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EASTMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00227-5, Gerald L. Knight, J., entered January 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53888-8-I.  Division One.  January 31, 2005.]

MAXINE ANDERSON, *Appellant*, v. NORDSTROM, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-25129-1, Mary Yu, J., entered March 4, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Coleman, J.